In the matter of ELIZA ANN ELLISON and others, *infants.*

Where a conveyance is directed to be made by *infants,* in performance of an agreement entered into by their ancestor, in his lifetime, who had stipulated to give a deed with full covenants to the purchaser, the Court will not order the infants to enter into personal covenants, but only to release and convey all the title whereof their ancestor died seised.

The principal of the purchase money, however, was ordered to be retained subject to the further order of the Court, or until the infants come of age, to provide an indemnity to the purchaser, in case the title should, in the mean time, fail.

PETITION by *Youle,* for the specific performance of a contract entered into with the ancestor of the infants, for a purchase of certain lots in the city of *New-York,* for which the ancestor was to give a deed with full covenants.

With the consent of all parties concerned, a conveyance on the part of the infants was ordered, on payment of the consideration; but it was insisted on behalf of the petitioner, that the infants, by their guardian, should enter into a personal covenant, such as their ancestor had agreed to give, to ensure the title.

*June 4th.*

1821.

FERRIS
v.
NELSON.

*C. Graham,* for the petitioner.

THE CHANCELLOR refused to make an order that the infants should enter into any personal covenants. He said, that they could not be so bound, and that the only order to be made was that they should, by their guardian, release and convey all the title whereof their ancestor died seized. But, for the greater safety of the purchaser, he directed that the guardian should invest the consideration money to be received on delivery of the deed, in good real security or government stock, and appropriate the interest or dividends, if necessary, for the maintenance and education of the infants, but retain the principal, subject to the further order of this Court, on the infants coming of age, to the end that an indemnity might be provided for the purchaser, if the title should, in the mean time, fail.

Order accordingly.